■ CHRISTOPHER MONZIDELIS, Appellant, v VALLEY STREAM CENTRAL HIGH SCHOOL DISTRICT, Respondent. [599 NYS2d 974] — Appeal by the plaintiff from an order of the Supreme Court, Nassau County (Segal, J.), dated April 11, 1991.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Segal in the Supreme Court. Thompson, J. P., Sullivan, Ritter and Joy, JJ., concur.